UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK,<br><br>                    Plaintiff,<br><br>     -against-<br><br>SPARK ENERGY HOLDINGS, LLC, SPARK ENERGY, L.P., and SPARK ENERGY GAS, LP,<br><br>                    Defendants. | CIVIL ACTION NO. 1:13-CV-06130-ARR-LB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  Plaintiff Todd C. Bank ("Bank" or "Plaintiff") and Defendants Spark Energy Holdings, LLC, Spark Energy, L.P., and Spark Energy Gas, LP (collectively, "Spark Energy" or "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that all claims asserted in this action shall be and hereby are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  This stipulation is made without waiver of, or prejudice to, any right of the Parties to enforce the terms of the Confidential Settlement and Release Agreement entered into by the Parties.

Dated:  November 7, 2014

BAKER & HOSTETLER LLP  
For Defendants Spark Energy Holdings, LLC, Spark Energy, L.P., and Spark Energy Gas, LP

Plaintiff Todd C. Bank

_____  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Todd C. Bank

SO ORDERED

_____  
Judge John Gleeson